UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
DAVID ORTIZ
SHIRLEY D. ORTIZ  CASE NO. 15-82599

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Select Portfolio Servicing Inc.   **Court claim #:** 12

**Last four digits** of any number used to identify the debtor's account: 4628

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $3943.87 |
| Amount Paid by Trustee | $3943.87 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan    ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/12/19         /s/Lydia S. Meyer
                        Lydia S. Meyer, Trustee
                        308 W. State St., Suite 212
                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of March, 2019

Dated:  3/12/19         /s/Cynthia K. Burnard

SELECT PORTFOLIO SERVICING INC
REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

NATIONSTAR
PO BOX 619094
DALLAS, TX  75261

LAW OFFICES OF IRA T. NEVEL
175 N. FRANKLIN STREET
SUITE 201
CHICAGO, IL 60606

SELECT PORTFOLIO SERVICING, INC
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

STEVEN C. L LINDBERG
ANSELMO LINDBERG OLIVER LLC
1771 W. DIEHL RD. STE. 150
NAPERVILLE, IL 60563

DAVID ORTIZ
SHIRLEY D. ORTIZ
9912 CHETWOOD DRIVE
HUNTLEY, IL  60142

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE #201
ROCKFORD, IL  61101