**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    15-82599 |
| David Ortiz and Shirley D. Ortiz | Judge    Thomas M. Lynch |
| Debtors | |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 18, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on March 18, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2246

**SERVICE LIST**

David Ortiz and Shirley D. Ortiz
9912 Chetwood Drive
Huntley, IL 60142

Lydia S. Meyer
Lydia Meyer - 13 Trustee
P.o. Box 14127
Rockford, IL 61105-4127

Gary C Flanders
1 Court Place Suite 201
Rockford, IL 61101